No. 04-02-00630-CV



IN RE MICHAEL A. SCHOLL CONSTRUCTION, INC.,



Original Mandamus Proceeding



From the 408th Judicial District Court, Bexar County, Texas


Trial Court No. 2001-CI-12385


Honorable Phylis Speedlin, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Karen Angelini, Justice

 Sandee Brian Marion, Justice


Delivered and Filed: October 9, 2002


PETITION FOR WRIT OF MANDAMUS DENIED

 On September 6, 2002, relator filed a petition for writ of mandamus. This court has
determined that the relator is not entitled to the relief sought. Therefore, the petition is DENIED.
Tex. R. App. P. 52.8(a).

 PER CURIAM

Do not publish